THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Ex Parte:
 Ronald N. Fleming and Rhonda B. Fleming, Appellant,
 In Re: W.
 Michael Bailey, Respondent,
 v.
 James R. "Rusty"
 Hollifield, d/b/a Renaissance Builders, Defendant.
 
 
 

Appeal From Spartanburg County
 J. Mark Hayes II, Circuit Court Judge
Unpublished Opinion No.   2009-UP-080
Submitted February 2, 2009  Filed
 February 11, 2009
AFFIRMED

 
 
 
 M. Allen Peace and Donald W. Tyler, Jr., of Columbia, for
 Appellant.
 Gary L. Compton, of Spartanburg, for Respondent.
 
 
 

PER CURIAM: Ron and
 Rhonda Fleming appeal the of trial court's failure to dismiss W. Michael Bailey's
 action against Renaissance Builders, arguing they are a necessary party under
 Rule 19, SCRCP.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities: Rule 201(b),
 SCACR ("Only a party aggrieved by an
 order, judgment, sentence or decision may appeal."); Condon v. State,
 354 S.C. 634, 640, 583 S.E.2d 430, 433 (2003) (dismissing an appeal by the
 attorney general under Rule 201(b), SCACR, because he was not a party to the
 case and failed to seek to intervene).  
Affirmed. 
Huff, Williams,
 and Konduros, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.